IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:07 CV 3817** |
| | ) | **(1:06 CR 92)** |
| **Respondent,** | ) | |
| | ) | |
| **v.** | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **JOSEPH BOOSE,** | ) | |
| | ) | |
| **Petitioner.** | ) | **ORDER** |

As set forth in the Memorandum Opinion filed contemporaneously herewith, Petitioner's Motion to Vacate, Set Aside or Correct Sentence filed pursuant to 28 U.S.C. § 2255 (Docket #1) is DISMISSED.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

                                                    s/Donald C. Nugent
                                                    DONALD C. NUGENT
                                                    United States District Judge

DATED: June 16, 2008